MARCY F. FIELDS, a/k/a MARCY F. GORDON, Plaintiff-Appellee, *v.* ROBERT FIELDS, Defendant-Appellant.

(No. 60588;

First District (3rd Division)—June 19, 1975.

Opinion by Mr. PRESIDING JUSTICE McGLOON.